### 3283.  SHARP v. MORGAN.

POWELL, J.  An affidavit made for the purpose of foreclosing a landlord's lien is amendable to the same extent as if it were an ordinary declaration.  *Boyce* v. *Day,* 3 *Ga. App.* 275 (59 S. E. 930); Civil Code (1910),

§ 5706. The jurisdiction of the court may be *shown by amendment. Civil Code (1910), § 5682.            *Judgment reversed.*

DECIDED JUNE 29, 1911.

Certiorari; from Floyd superior court—Judge Maddox. February 24, 1911.

*Sharp & Sharp,* for plaintiff.